IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CV-415-BO

| | |
|---|---|
| RANDY PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ANN JOO KIM and ILGWU DEATH ) | |
| BENEFIT FUND 3, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on Defendants' motion to waive mediation. [DE-18]. Defendants assert this case was automatically selected for mediation under the Local Rule 101.1a(b). *Id.* at 1. However, pursuant to that rule, "[c]ases wherein the United States is a party *or any party appears pro se* are not included within this automatic selection for mediation." Local Rule 101.1a(b) (emphasis added). The Plaintiff in this case appears pro se. Accordingly, this case was not automatically selected for mediation, and mediation has not otherwise been ordered by the court. *See* Scheduling Order [DE-17] (providing that "[u]pon request, the court will assist with settlement negotiations or other ADR by making available a judge other than the trial judge to explore these possibilities."). Accordingly, the motion is denied as moot.

SO ORDERED, the 5th day of January, 2021.

Robert B. Jones, Jr.
United States Magistrate Judge